UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. DAUGHERTY, SR.,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY SHERIFF'S OFFICE, et al.,<br>Defendants. | Case No. 2:26-cv-00006-DAD-CSK (PS)<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE</u><br>(Doc. No. 8) |

Plaintiff initiated this civil action by filing a complaint on January 5, 2026, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On April 9, 2026, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient in several noted respects. (Doc. No. 4.) Accordingly, plaintiff was directed to file an amended complaint in an attempt to cure the noted pleading deficiencies within thirty (30) days. (*Id.* at 7.) Plaintiff did not file an amended complaint within the time provided and, on May 4, 2026, the magistrate judge issued an order granting him an additional thirty (30) days in which to do so, acknowledging that plaintiff had filed a notice of change of address with a motion requesting an extension of time. (Doc. No. 6.) Nonetheless, plaintiff once again failed to file an amended complaint within the time provided. Accordingly, on June 26, 2026, the

magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute and comply with the court's orders. (Doc. No. 8.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4.) Plaintiff has not filed any objections to the findings and recommendations, or otherwise communicated with the court, and the time in which to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued June 26, 2026 (Doc. No. 8) are ADOPTED IN FULL;
2. Plaintiff's action is DISMISSED without prejudice due to plaintiff's failure to prosecute and failure to comply with the court's orders; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that the April 9, 2026 order, the May 4, 2026 order, and the June 26, 2026 findings and recommendations were all served on plaintiff at his address of record and were all returned to the court by the U.S. Postal Service as undeliverable. Thus, it appears that plaintiff has also failed to keep the court apprised of his current address as required by the Local Rules of this court.